**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| REBECCA TUTEUR, on behalf of herself and all others similarly situated, | Case No. 1:23-cv-03997 (KPF) |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| METROPOLITAN OPERA ASSOCIATION, INC., | |
| Defendant. | |

------------------------------------------------------------x

------------------------------------------------------------x

| | |
|---|---|
| ANTHONY VITI, on behalf of himself and all others similarly situated, | Case No. 1:23-cv-05343 (KPF) |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| METROPOLITAN OPERA ASSOCIATION, INC., | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Pursuant to Federal Rules of Civil Procedure 42 and 23, Plaintiffs Rebecca Tuteur and Anthony Viti hereby move this Court for entry of an Order (a) consolidating *Tuteur v. Metropolitan Opera Association, Inc.*, Case No. 1:23-cv-03997 and *Viti v. Metropolitan Opera Association, Inc.*, Case No. 1:23-cv-05343, and (b) appointing Mason A. Barney of Siri & Glimstad LLP and Israel David of Israel David LLC as Interim Co-Lead Class Counsel in the consolidated action. Defendant does not oppose consolidation and takes no position regarding leadership.

DATED:  June 29, 2023                    Respectfully submitted,

*/s/ Mason A. Barney*
Mason A. Barney
*mbarney@sirillp.com*
Tyler J. Bean
*tbean@sirillp.com*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel.: (212) 532-1091

*Attorneys for Plaintiff Tuteur*

*/s/ Israel David*
Israel David
*israel.david@davidllc.com*
Blake Hunter Yagman
*blake.yagman@davidllc.com*
Madeline Sheffield
*madeline.sheffield@davidllc.com*
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Tel.:          (212) 739-0622
Facsimile:   (212) 739-0628

*Attorneys for Plaintiff Viti*

1