UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA TUTEUR, *on behalf of herself and all others similarly situated*<br><br>                              Plaintiff,<br><br>                -v.-<br><br>METROPOLITAN OPERA ASSOCIATION, INC.,<br><br>                              Defendants. | 23 Civ. 3997 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiffs' unopposed motion to consolidate related actions 23 Civ. 3997 and 23 Civ. 5343, and to appoint interim co-lead class counsel (Dkt. #10-11).  The parties are hereby ORDERED to attend a telephonic conference on **July 7, 2023, at 2:00 p.m.** to discuss the potential appointment of interim class counsel.  The parties are directed to call **(888) 363-4749 and use access code 5123533** at the designated time.

The Court reserves judgment on the consolidation portion of the motion until the conference.

The Clerk of Court is directed to also file this Order in 23 Civ. 5343. SO ORDERED.

Dated:   June 30, 2023
         New York, New York

                                        *Katherine Polk Failla*
                                        _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge