

Daniel M. Braude
Office: (267) 930-1316
Email: dbraude@mullen.law

411 Theodore Fremd Avenue
Suite 206S
Rye, NY 10580

September 11, 2023

<u>**VIA ECF – LETTER MOTION**</u>

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *Tuteur, et al. v. Metropolitan Opera Association, Inc.* **(1:23-cv-03997-AS)**

**Request for Stay Pending Mediation**

Dear Judge Subramanian:

My office represents Defendant Metropolitan Opera Association, Inc. in the above-referenced action.  I submit this request jointly with counsel for Plaintiffs to respectfully request that the Court stay all dates and deadlines in the above referenced action.  The reason for this request is that the parties have agreed to attend private mediation before the Hon. Wayne R. Andersen (Ret.).  The mediation is scheduled for November 20 and will be conducted remotely.

**Current Deadline to Respond to Plaintiffs' Consolidated Amended Class Action Complaint**: October 5, 2023

**Currently Scheduled Initial Pretrial Conference**: October 16, 2023

**Previous Requests**: Defendant previously requested an extension of time to answer or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint on August 14, at which time the parties had agreed in principle to mediation.  In addition, the parties requested an adjournment of the Initial Pretrial Conference.

**Reason for Current Request**: Mediation is scheduled for November 20, 2023.

**Adversary's Consent**: All parties consent to this request.

September 11, 2023
Page 2

For the reasons set forth above, the parties respectfully request that the Court stay all dates and deadlines in the above referenced action. The parties propose that they file a joint letter informing the Court whether the mediation was successful on or before December 8, 2023.

The Court's consideration of this request is much appreciated.

Very truly yours,

Daniel M. Braude of
MULLEN COUGHLIN LLC

cc: Israel David (*israel.david@davidllc.com*)
Blake Hunter Yagman (*blake.yagman@davidllc.com*)
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, NY 10004
Tel: 212-739-0622

Mason A. Barney (mbarney@sirillp.com)
Tyler J. Bean (tbean@sirillp.com)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
212-532-1091

The Court greatly appreciates the parties' efforts to resolve this case through mediation. However, the Court does not stay cases for mediation purposes. The request for a stay is therefore DENIED.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 11, 2023