UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
REBECCA TUTEUR,

                              Plaintiff,                        **23 Civ. No. 3997 (GS)**

       -against-

                                                      **VIDEO STATUS CONFERENCE ORDER**

METROPOLITAN OPERA
ASSOCIATION, INC.,

                              Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Monday, April 22, 2024 at 10:00 a.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID**: [256 091 433 68] **Passcode**: [gGCHT3].

      The parties are further directed to submit a joint status letter by **Friday, February 23, 2024**. As discussed at the January 22, 2024 status conference, the parties shall submit a revised case management plan that incorporates the changes agreed upon at that conference.

      **SO ORDERED.**

DATED:    New York, New York
                January 22, 2024

                                                      _____
                                                      The Honorable Gary Stein
                                                      United States Magistrate Judge