

Daniel M. Braude
Office: (267) 930-1316
Email: dbraude@mullen.law

411 Theodore Fremd Avenue
Suite 206S
Rye, NY 10580

February 23, 2024

<u>VIA ECF</u>

Hon. Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

Re:  *Tuteur, et al. v. Metropolitan Opera Association, Inc.* (1:23-cv-03997-GS)

Joint Status Update

Dear Judge Stein:

My office represents Defendant Metropolitan Opera Association, Inc. in the above-referenced action. I submit this letter jointly with counsel for Plaintiffs as a status update pursuant to the status conference held on January 22, 2024.

Although a settlement has not yet been reached in this litigation, the parties inform the Court that progress has been made during the past month. As of the submission of this letter, the parties remain engaged in settlement negotiations and hope to soon reach agreement. The parties will remain mindful of the deadlines set forth in the Scheduling Order entered by the Court on February 14, 2024 and, in the absence of resolution, will continue with discovery efforts as needed to adhere to current discovery deadlines.

The parties will submit an additional status update on or before March 22, 2024.

Very truly yours,

Daniel M. Braude of
MULLEN COUGHLIN LLC

February 23, 2024
Page 2

cc:   Israel David (*israel.david@davidllc.com*)
      Blake Hunter Yagman (*blake.yagman@davidllc.com)*
      ISRAEL DAVID LLC
      17 State Street, Suite 4010
      New York, NY 10004
      Tel: 212-739-0622

      Mason A. Barney (mbarney@sirillp.com)
      Tyler J. Bean (tbean@sirillp.com)
      SIRI & GLIMSTAD LLP
      745 Fifth Avenue, Suite 500
      New York, NY 10151
      212-532-1091