

Daniel M. Braude
Office: (267) 930-1316
Email: dbraude@mullen.law

411 Theodore Fremd Avenue
Suite 206S
Rye, NY 10580

March 21, 2024

<u>VIA ECF</u>

Hon. Judge Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

Re: *Tuteur, et al. v. Metropolitan Opera Association, Inc.* (1:23-cv-03997-GS)

**March 2024 Joint Status Update**

Dear Judge Stein:

My office represents Defendant Metropolitan Opera Association, Inc. in the above-referenced action. I submit this letter jointly with counsel for Plaintiffs as a monthly status update pursuant to the Court's directive issued at the status conference held on January 22, 2024.

The parties are pleased to report to the Court that they have reached an agreement in principle as to the initial phase of settlement negotiations. In particular, the parties have agreed to a resolution involving a claims-made settlement structure and have agreed upon an aggregate cap as to individual components of the settlement. The parties are now moving forward with negotiating the specific individual components of the settlement with the shared goal of coming to resolution on those items expeditiously.

The parties will submit a further status update on or before April 22, 2024.

Respectfully submitted,

Daniel M. Braude of
MULLEN COUGHLIN LLC

Mullen.law

March 21, 2024
Page 2

cc: Israel David (*israel.david@davidllc.com*)
Blake Hunter Yagman (*blake.yagman@davidllc.com)*
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, NY 10004
Tel: 212-739-0622

Mason A. Barney (mbarney@sirillp.com)
Tyler J. Bean (tbean@sirillp.com)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
212-532-1091