UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REBECCA TUTEUR, ANTHONY VITI,
and MATTHEW NAPOLI, *on behalf of themselves and all others similarly situated.*

                              Plaintiff,

      -against-

METROPOLITAN OPERA
ASSOCIATION, Inc.,

                              Defendants.
------------------------------------------------------------X

**23 Civ. No. 03997 (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference for **Tuesday, June 25, 2024 at 10:00 a.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. Meeting ID: [277 685 342 784] Passcode: [qkA4kQ].

       In the interim, the parties are directed to submit a joint status report via letter by **Wednesday, May 22, 2024**.

       SO ORDERED.

DATED:    New York, New York
               April 22, 2024

                                                     _____
                                                      The Honorable Gary Stein
                                                      United States Magistrate Judge