UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
:
REBECCA TUTEUR, *on behalf of herself and all*     :     23 Civ. 3997 (GS)
*others similarly situated*, et al.,                          :
:     ORDER STAYING CASE
:
Plaintiffs,            :
:
- against -                :
:
METROPOLITAN OPERA ASSOCIATION,    :
INC.,                                                                         :
:
Defendant.          :
:
-------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

At the status conference held today, June 25, 2024, the parties informed the undersigned that all claims asserted in this action have been settled in principle. (*See also* Dkt. Nos. 47–50). Accordingly, all proceedings in this action are hereby **STAYED**, including all deadlines set forth in the Scheduling Order (Dkt. No. 46) and further briefing and disposition of Defendant's pending motion to dismiss (Dkt. No. 28). As stated on the record at today's conference, the parties shall submit a motion for preliminary approval of the proposed class action settlement and supporting papers to the Court by no later than **August 9, 2024**.

The Clerk of Court is respectfully directed to **STAY** this action.

**SO ORDERED.**

DATED:   New York, New York
         June 25, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge