

Daniel M. Braude
Office: (267) 930-1316
Email: dbraude@mullen.law

411 Theodore Fremd Avenue
Suite 206S
Rye, NY 10580

August 7, 2024

**VIA ECF – LETTER MOTION**

Hon. Judge Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

Re: *Tuteur, et al. v. Metropolitan Opera Association, Inc.* (1:23-cv-03997-GS)
    Joint Letter Motion Requesting Extension to August 16, 2024
    to File Motion for Preliminary Approval of Settlement

Dear Judge Stein:

My office represents Defendant Metropolitan Opera Association, Inc. in the above-referenced class action lawsuit. I submit this letter motion jointly with counsel for Plaintiffs.

Pursuant to the Court's Order dated June 25, 2024 (ECF No. 52), the deadline for the parties to submit a motion for preliminary approval of the proposed class action settlement is August 9, 2024. The parties respectfully request a one-week extension to August 16, 2024.

The parties have successfully negotiated near-final versions of a settlement agreement and all accompanying exhibits (*e.g.*, proposed short and long form notices to Class Members, claim forms for Class Members, etc.). Most recently, the parties engaged with their selected claims administrator which has proposed several minor revisions, including items that relate to the notice program. A one-week extension would provide the parties an opportunity to accurately and consistently implement appropriate revisions across the settlement agreement and all exhibits.

The parties appreciate the Court's consideration of this request.

Respectfully submitted,

Daniel M. Braude of
MULLEN COUGHLIN LLC

August 7, 2024
Page 2

cc:    Israel David (*israel.david@davidllc.com*)
       ISRAEL DAVID LLC
       17 State Street, Suite 4010
       New York, NY 10004
       Tel: 212-739-0622

       Mason A. Barney (mbarney@sirillp.com)
       Tyler J. Bean (tbean@sirillp.com)
       SIRI & GLIMSTAD LLP
       745 Fifth Avenue, Suite 500
       New York, NY 10151
       212-532-1091