UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **REBECCA TUTEUR, ANTHONY VITI,** and **MATTHEW NAPOLI,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**METROPOLITAN OPERA ASSOCIATION, INC.,**<br><br>Defendant. | Case No. 1:23-cv-03997-GS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Rebecca Tuteur, Anthony Viti, and Matthew Napoli ("Plaintiffs") respectfully move this Court to:

1.  Preliminarily approve the proposed settlement described in the "Settlement Agreement" between Plaintiffs and Defendant, Metropolitan Opera Association, Inc., ("Met Opera" or "Defendant"), and the attachments thereto, including the Short Form Notice, Long Form Notice, Claim Form, and the proposed Preliminary Approval Order, attached to the Declaration of Israel David, filed herewith in support of this Motion;

2.  Preliminarily certify the Settlement Class;

3.  Appoint Plaintiffs Rebecca Tuteur, Anthony Viti, and Matthew Napoli as Settlement Class Representatives;

4.  Appoint Israel David LLC and Siri & Glimstad LLP as Class Counsel;

5.  Approve the proposed notice program and authorize its dissemination as set forth in the Settlement Agreement;

1

6. Approve the use of the Claim Form and the plan for the distribution of Settlement benefits as set forth in the Settlement Agreement;

7. Approve the Parties' selection of Angeion Group as the Settlement Administrator;

8. Approve the procedures for exclusions and objections; and

9. Set a hearing date and schedule for final approval process.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Law in Support of this Motion, filed herewith; (3) the Declaration of Israel David in Support of this Motion, filed herewith; (4) the Settlement Agreement; (5) the Notices (including the Short Form Notice and Long Form Notice); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the records, pleadings, and papers filed in this Action; and (9) other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: August 16, 2024

          Respectfully submitted,

          */s/ Israel David*
          Israel David
          Madeline Sheffield
          **ISRAEL DAVID LLC**
          17 State Street, Suite 4010
          New York, New York 10004
          Tel.:  212-739-0622
          Fax: 212-739-0628
          israel.david@davidllc.com
          madeline.sheffield@davidllc.com

          Mason A. Barney
          Tyler J. Bean
          **SIRI & GLIMSTAD LLP**
          745 Fifth Avenue, Suite 500
          New York, New York 10151

Tel. (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

*Proposed Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on August 16, 2024, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

Dated: August 16, 2024

                                                  */s/ Israel David*
                                                Israel David