UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REBECCA TUTEUR, on behalf of herself and all others similarly situated, et al.,

                    Plaintiffs,

-against-

METROPOLITAN OPERA ASSOCIATION, INC.,

                    Defendant.

-----------------------------------------------------------------X

**23 Civ. No. 3997 (GS)**

**SCHEDULING ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Motions Hearing on **Wednesday, September 18, 2024 at 3:30 p.m.** to discuss Plaintiffs' Unopposed Motion for Preliminary Approval of a Class Action Settlement. (Dkt. No. 55). Counsel are directed to appear for the conference at 500 Pearl Street, New York, NY, Courtroom 9A at the scheduled time.

      **SO ORDERED.**

DATED:    New York, New York
                September 11, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge