

Daniel M. Braude
Office: (267) 930-1316
Email: dbraude@mullen.law

411 Theodore Fremd Avenue
Suite 206S
Rye, NY 10580

September 28, 2024

<u>**VIA ECF – LETTER MOTION**</u>

Hon. Judge Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

Re:   *Tuteur, et al. v. Metropolitan Opera Association, Inc.* **(1:23-cv-03997-GS)**

Dear Judge Stein:

My office represents Defendant Metropolitan Opera Association, Inc. (the "Met Opera") in the above-referenced class action lawsuit.  Please accept this letter in response to the Court's Order for the parties to submit a revised motion for preliminary approval incorporating changes addressed at the September 18, 2024 conference.

Among the revisions addressed at the recent court conference was the inclusion of reference to "consumers" alongside "employees," "donors," and "vendors."  Upon careful review, the Met Opera notes that data locations containing information on its consumers (including purchasers of tickets, concessions, and other goods and services) were not impacted in the incident.  In that regard, any class members who are "consumers" of the Met Opera had their data potentially exposed only because they also fall into one of the other categories.  As such, the Met Opera proposes the following approach to referencing "consumers" within the settlement papers:

> …certain (1) former and current employees of the Met Opera, (2) dependents and beneficiaries of those employees, (3) vendors of the Met Opera, (4) donors to the Met Opera, and (5) consumers of the Met Opera who also fall into at least one of the prior four categories of individuals…

Plaintiffs have consented to the above language, subject to the Court's approval.

Mullen.law

September 28, 2024
Page 2

The parties appreciate the Court's consideration of this request.

Respectfully submitted,

Daniel M. Braude of
MULLEN COUGHLIN LLC

cc:   Israel David (*israel.david@davidllc.com*)
      ISRAEL DAVID LLC
      17 State Street, Suite 4010
      New York, NY 10004
      Tel: 212-739-0622

      Mason A. Barney (mbarney@sirillp.com)
      Tyler J. Bean (tbean@sirillp.com)
      SIRI & GLIMSTAD LLP
      745 Fifth Avenue, Suite 500
      New York, NY 10151
      212-532-1091