

MEMO ENDORSED

Daniel M. Braude                                                411 Theodore Fremd Avenue
Office: (267) 930-1316                                                            Suite 206S
Email: dbraude@mullen.law                                                    Rye, NY 10580


September 28, 2024


**VIA ECF – LETTER MOTION**

Hon. Judge Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007


  Re: *Tuteur, et al. v. Metropolitan Opera Association, Inc.* **(1:23-cv-03997-GS)**


Dear Judge Stein:

My office represents Defendant Metropolitan Opera Association, Inc. (the "Met Opera") in the above-referenced class action lawsuit.  Please accept this letter in response to the Court's Order for the parties to submit a revised motion for preliminary approval incorporating changes addressed at the September 18, 2024 conference.

Among the revisions addressed at the recent court conference was the inclusion of reference to "consumers" alongside "employees," "donors," and "vendors."  Upon careful review, the Met Opera notes that data locations containing information on its consumers (including purchasers of tickets, concessions, and other goods and services) were not impacted in the incident.  In that regard, any class members who are "consumers" of the Met Opera had their data potentially exposed only because they also fall into one of the other categories.  As such, the Met Opera proposes the following approach to referencing "consumers" within the settlement papers:

> …certain (1) former and current employees of the Met Opera, (2) dependents and beneficiaries of those employees, (3) vendors of the Met Opera, (4) donors to the Met Opera, and (5) consumers of the Met Opera who also fall into at least one of the prior four categories of individuals…

Plaintiffs have consented to the above language, subject to the Court's approval.

September 28, 2024

Page 2


The parties appreciate the Court's consideration of this request.


Respectfully submitted,

Daniel M. Braude of
MULLEN COUGHLIN LLC


cc:    Israel David (*israel.david@davidllc.com*)
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, NY 10004
Tel: 212-739-0622

Mason A. Barney (mbarney@sirillp.com)
Tyler J. Bean (tbean@sirillp.com)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
212-532-1091


The parties' approach to referencing "consumers" within the settlement papers outlined above is acceptable to the Court. For the avoidance of doubt, Plaintiffs must still submit a complete and revised motion for preliminary approval, as discussed at the September 18, 2024 conference.

Dated: New York, New York
      September 30, 2024

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE