**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **REBECCA TUTEUR, ANTHONY VITI,** and **MATTHEW NAPOLI,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**METROPOLITAN OPERA ASSOCIATION, INC.,**<br><br>Defendant. | Case No. 1:23-cv-03997-GS<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Rebecca Tuteur, Anthony Viti, and Matthew Napoli ("Plaintiffs") respectfully move this Court for final approval of the Settlement Agreement preliminarily approved by this Court on October 7, 2024. Plaintiffs respectfully request that this Court:

 1. Grant final certification of the Settlement Class, appoint Plaintiffs as Settlement Class Representatives, and appoint Siri & Glimstad LLP and Israel David LLC as Settlement Class Counsel;

 2. Approve the requested combined attorneys' fees and expenses in the amount of $250,000, and the Service Awards to the Settlement Class Representatives in the amount of $2,500 each;

 3. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

 4. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

1

5.      Direct the Parties, their respective attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the Court Order and terms of the Settlement Agreement; and

6.      Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Law in Support of this Motion, filed herewith; (3) the Declaration of Mason A. Barney in Support of this Motion, filed herewith; (4) the Declaration of Jenny Shawver of Angeion Group filed herewith; (5) Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Supporting Memorandum, Supporting Declarations, and Supporting Exhibits at Dkt. Nos. 60 – 60-6; (6) Plaintiffs' Motion for Approval of Attorneys' Fees and Service Awards, Supporting Memorandum, and Supporting Declaration at Dkt. Nos. 62 – 62-2; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the records, pleadings, and papers filed in this Action; and (9) other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: February 18, 2025

Respectfully submitted,

*/s/ Mason A. Barney*
Mason A. Barney
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel.: 212-532-1091
mbarney@sirillp.com
tbean@sirillp.com

Israel David
Madeline Sheffield
**ISRAEL DAVID LLC**

17 State Street, Suite 4010
New York, New York 10004
Tel.: (212) 739-0622
Fax: (212) 739-0628
israel.david@davidllc.com
madeline.sheffield@davidllc.com

*Proposed Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 18, 2025, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

*/s/ Mason A. Barney*
Mason A. Barney