UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X
:
REBECCA TUTEUR, MATTHEW NAPOLI, and : 23 Civ. 3997 (GS)
ANTHONY VITI, *on behalf of themselves and all* :
*others similarly situated*, : ORDER
:
                      Plaintiffs, :
:
      - against - :
:
METROPOLITAN OPERA ASSOCIATION, INC., :
:
                      Defendant. :
:
------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court is in receipt of Plaintiffs' motions for final approval of settlement and attorneys' fees. (Dkt. Nos. 62 & 63). Plaintiffs' counsel—Israel David LLC and Siri & Glimstad LLP—state that they are willing, at the Court's request, to submit detailed attorney time records for *in camera* review in further support of their application for attorneys' fees. (Dkt. No. 62-2 ¶¶ 21, 24). Plaintiffs' counsel is directed to submit these records by no later than **March 7, 2025**. Counsel shall do so by filing the records under seal and selecting the *ex parte* viewing level. *See* Rule 6.9, SDNY Electronic Case Filing Rules & Instructions, available at https://www.nysd.uscourts.gov/rules/ecf-related-instructions.

       **SO ORDERED.**

Dated: New York, New York
       February 28, 2025

                                                          _____
                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge