**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------X
:
REBECCA TUTEUR, MATTHEW NAPOLI, and :     **23 Civ. 3997 (GS)**
ANTHONY VITI, *on behalf of themselves and all* :
*others similarly situated*, :     **SCHEDULING ORDER**
:
                      Plaintiffs, :
:
              - against - :
:
METROPOLITAN OPERA ASSOCIATION, INC., :
:
                      Defendant. :
:
-----------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      As stated in the Court's Order granting preliminary approval of settlement, a **Final Approval Hearing will be held on March 11, 2025, at 2:00 p.m.** in the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 9A, New York, New York 10007. (Dkt. No. 61 at 5). Plaintiffs are directed to promptly serve a copy of this Order on the individuals who have submitted objections to the proposed settlement via e-mail and mail to their last known addresses. (*See* Dkt. Nos. 65-1 & 65-2).

      **SO ORDERED.**

Dated:  New York, New York
            March 3, 2025

                                                                          _____
                                                                          The Honorable Gary Stein
                                                                           United States Magistrate Judge